UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 16-25176-CIV-MARTINEZ/Goodman

JUAN MAYOR, VICTOR F. PEREYRA,      )
JORGE MOLINA, RODOLFO ROMAN,        )
FILIPPO MOLINA, ALEXANDER URREA,    )
ENRIQUE RUBI, and other similarly situated  )
individuals,                        )
        Plaintiff(s),              )
v.                                  )
POWER DESIGN, INC.; E&C ALLIANCE    )
ELECTRICAL INC. f/k/a E&C Alliances )
Svcs Inc.,                          )
                                    )
        Defendant(s).             )
_____)

## NOTICE OF FILING NOTICES OF CONSENT TO JOIN

The Plaintiffs hereby file Notices of Consent to Join the instant action by the following

individuals:

1. CARLOS CARRIZALES;

2. MARIA CAMILA GIRALDO;

3. HENRY PARRA;

4. ULISES VALERINO;

5. RICARDO HERNANDEZ;

6. LUIS MANUEL ORTIZ;

7. DOMINGO RIVERA;

8. AQUILE SIGARRETA;

9. GENOBEBO H. GALICIA;

10. ALEXANDER JAVIER URREA;

11. EUSEBIO BETANCOURT;

12. KIOSBEL ALFONSO SILVA;

13. ENRIQUE RUBI;

14. JUAN MAYOR;

15. RODOFO ROMAN;

16. FILIPPO E. MOLINA;

17. JORGE MOLINA;

18. VICTOR FERNANDO PEREYRA;

19. ALEJANDRO SIGARRETA;

20. ALBERTO DOMINGUEZ;

21. JOSE ARMANDO MORALES; and

22. ROLANDO CUTINO RODRIGUEZ.

Respectfully submitted,

By:____/s/ R. Martin Saenz
R. Martin Saenz, Esquire
Fla. Bar No.: 0640166
Email: msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2017, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served this day on all counsel of record or pro se parties identified on the attached Service List

in the manner specified, either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to

receive electronically Notices of Electronic Filing.

By: _____/s/ R. Martin Saenz_____
R. MARTIN SAENZ

## SERVICE LIST

16-25176-CIV-MARTINEZ/Goodman

| | |
|---|---|
| R. Martin Saenz<br>E-mail:  msaenz@saenzanderson.com<br>Andres Rivera-Ortiz, Esq.<br>E-mail: andres@saenzanderson.com<br>SAENZ & ANDERSON, PLLC<br>20900 NE 30th Avenue, Ste. 800<br>Aventura, Florida  33180<br>Telephone: (305) 503-5131<br>Facsimile: (888) 270-5549<br>*Attorneys for Plaintiffs* | Ignacio J. Garcia, Esquire<br>Vanessa A. Patel, Esquire<br>OGLETREE, DEAKINS, NASH, SMOAK &<br>STEWART, P.C.<br>100 North Tampa Street, Suite 3600<br>Tampa, FL 33602<br> Telephone: 813.289.1247<br>Facsimile: 813.289.6530<br>iggy.garcia@ogletreedeakins.com<br>vanessa.patel@ogletreedeakins.com<br>*Attorneys for Defendant Power Design, Inc.*<br><br><br>Claudia I Toquica, Pro.  se.<br>2710 NW 52 Place<br>Tamarac, FL 33309 |

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176 - CIV. - MARTINEZ - GOODMAN.

The undersigned, __CARLOS CARRIZALES__, hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: __12/14/2016__

_Carlos Carrizales_
CLIENT'S SIGNATURE

CARLOS CARRIZALES
PRINT NAME

15303 SW 181st ST, MIAMI FL 33187
PRINT MAILING ADDRESS

+1 (786) 2732517
PRINT TELEPHONE NUMBER(S)

carrizalescar@gmail.com
PRINT E-MAIL ADDRESS

## <u>NOTICE OF CONSENT TO JOIN</u>

CASE No.: _16 - 25176 - CIV - MARTINEZ_

The undersigned, _Maria Camila Giraldo_, hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: 01 / 21 / 2017

_(signature)_
CLIENT'S SIGNATURE

Maria Camila Giraldo
PRINT NAME

18982 SW 113th Pl  Miami  Fl  33157
PRINT MAILING ADDRESS

786 - 738 - 1569
PRINT TELEPHONE NUMBER(S)

mariacamilagiraldohenao@gmail.com
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: _16. 25176. CIV. MARTINEZ Goodman_

    The undersigned, _HENRY PARRA_ , hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: _1 / 21 / 17_

_____
CLIENT'S SIGNATURE

HENRY  PARRA
_____
PRINT NAME

650 West Park Drive, 33182, Apto # 208, Miami Florida
_____
PRINT MAILING ADDRESS

786 2532759 ///  786 3067574
_____
PRINT TELEPHONE NUMBER(S)

Henry.parras@gmail.com
_____
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: _16 -25176 - CIV - Martinez - Goodman_

The undersigned, _Ulises Valerino_ , hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: _01/20/2017_

_[signature]_

CLIENT'S SIGNATURE

_Ulises Valerino_

PRINT NAME

_19452 NW 57PL  33015_

PRINT MAILING ADDRESS

_305 - 497 - 4656_

PRINT TELEPHONE NUMBER(S)

_SandryCuba @ Yahoo.com_

PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176 - CIV - Martinez - Goodman

The undersigned, *Ricardo Hernandez* hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: 1/28/17

_____
CLIENT'S SIGNATURE

*Ricardo Hernandez*
PRINT NAME

810 E 23 ST Hialeah 33013 FL
PRINT MAILING ADDRESS

239 404 4938
PRINT TELEPHONE NUMBER(S)


_____
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176-CIV-Martinez-Goodman

The undersigned, Luis Manuel Ortiz Chavarria, hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: 1/23/17

_____
CLIENT'S SIGNATURE

Luis Manuel Ortiz Chavarria
PRINT NAME

10450 SW. 4th St. Miami FL - 33174
PRINT MAILING ADDRESS

786 - 805 - 2836
PRINT TELEPHONE NUMBER(S)

_____
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: _16-25176 -CIV-Martinez -Goodman_

    The undersigned, _Domingo Rivera_, hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: _1/23/2017_

_____
CLIENT'S SIGNATURE

_Domingo Jose Rivera_
PRINT NAME

_10450 sw 4st  Miami Florida  33174_
PRINT MAILING ADDRESS

_786·294-8297_
PRINT TELEPHONE NUMBER(S)

_SundayRivera15@gmail.com_
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176 - CIV - MARTINEZ-GOODMAN

The undersigned, Aquile A. S. Garcia, hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: 1-10-2017

_____
CLIENT'S SIGNATURE

Aquile A. S. Garcia
PRINT NAME

15200 NW 89AV Miami, Lakes 33018
PRINT MAILING ADDRESS

786 803 9607
PRINT TELEPHONE NUMBER(S)

SIGARCIAG8@GMAIL.com
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176-CIV-MARtiNEZ-GooDMAN.

The undersigned, _Genobeba Heberto Galicia Alva_, hereby consents, pursuant to 29 U.S.C. §
216(b), to join the above-referenced action.

Dated: _01.20.2017_

_[signature]_

CLIENT'S SIGNATURE


_Genobeba Heberto Galicia Alva._
PRINT NAME


_1649. NE 51 St, ct  pompano beach. FL 33064_
PRINT MAILING ADDRESS


_954.263 1726_
PRINT TELEPHONE NUMBER(S)


_genobebo34@gmail.com_
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176 - CIV - MARTINEZ - GOODMAN

The undersigned, Alexander Javier Urrea Salazar, hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: 01 - 20 - 2017

_____
CLIENT'S SIGNATURE

Alexander Javier Urrea Salazar.
PRINT NAME

11643. W. Atlantic Blvd, Coral springs Fl  33071  Apto 01
PRINT MAILING ADDRESS

954 - 839.45.36
PRINT TELEPHONE NUMBER(S)

Urrea.Alexander@gmail.com
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176-CIV-Martinez-Goodman

  The undersigned, *Eusebio Betancourt* hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: 01/20/17

_____
CLIENT'S SIGNATURE

*Eusebio Betancourt*
PRINT NAME

7105 W 13 Ave Apt. 403, Hialeah, FL 33014
PRINT MAILING ADDRESS

786 975 5187
PRINT TELEPHONE NUMBER(S)

chevi1117@hotmail.com
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176 CIV - MARTINEZ - Goodman

The undersigned, _Liosbel Alfonso Silva_ hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: _1-20-2017_

_____
CLIENT'S SIGNATURE

_Liosbel Alfonso Silva_
PRINT NAME

_3200 W 7 Ave hialeah FL 33012_
PRINT MAILING ADDRESS

_786 343 3654_
PRINT TELEPHONE NUMBER(S)

_liosbelalfonso93@gmail.com_
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176 - CIV - MARTINEZ - GOODMAN

The undersigned, Enrique Rubi, hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: 01-20-17

CLIENT'S SIGNATURE

Enrique Rubi
PRINT NAME

3030 NW 6 St . Miami, FL. 33125
PRINT MAILING ADDRESS

786 406 2384
PRINT TELEPHONE NUMBER(S)

enriquerubdearmas@yahoo.es
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176- CIV-Martinez-Goodman

The undersigned, _Ivan Mayor_ , hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: _01/20/2017_

_____
CLIENT'S SIGNATURE

_Ivan Mayor_
PRINT NAME

_251 NW 53 Ave Miami FL 33126_
PRINT MAILING ADDRESS

_904-288-1084_
PRINT TELEPHONE NUMBER(S)

_EDITSMH6@Gmail.com_
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176 - CIV - Martinez - Goodman

The undersigned, _Rodolfo Roman_, hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: 01/20/2017

_____
CLIENT'S SIGNATURE

Rodolfo Roman Padron
PRINT NAME

4670 West 13 LN Apt 202 Hialeah, FL 33012
PRINT MAILING ADDRESS

7863994970
PRINT TELEPHONE NUMBER(S)

namoroplodar@gmail.com
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176 - CIV-MARTINEZ - Goodman

The undersigned, Filippo E Molina , hereby consents, pursuant to 29 U.S.C. §
216(b), to join the above-referenced action.

Dated: 01 / 20 / 2017

_____
CLIENT'S SIGNATURE

Filippo Enrique Molina
PRINT NAME

2494 Centergate Dr   Apt 307  Miramar  33025
PRINT MAILING ADDRESS

954 937 9139
PRINT TELEPHONE NUMBER(S)

Folsane @ Hotmail . com
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176 - CIV - MARTINEZ - GOODMAN

The undersigned, Jorge Molina , hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: 01/20/2017

_____
CLIENT'S SIGNATURE

Jorge luis Molina Scaro
PRINT NAME

10595 sw 6th st Pembroke pines
PRINT MAILING ADDRESS

9546733424
PRINT TELEPHONE NUMBER(S)

jorgemolina55@Hotmail.com
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176 - CIV- MARTINEZ-GOODMAN

The undersigned, _Fernando Pereyra_, hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: _01-20-2017_

_Pereyra_

CLIENT'S SIGNATURE

_Victor Fernando Pereyra Ortega_

PRINT NAME

_7710 Tatum Waterway Dr Apt 2 Miami Beach. FL 33141_

PRINT MAILING ADDRESS

_786 781 0519_

PRINT TELEPHONE NUMBER(S)

_fpereyrala@gmail.com_

PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176- CIV- MARTINEZ -GOODMAN

The undersigned, Alejandro Sigarreta, hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: 01/20/2017

_____
CLIENT'S SIGNATURE

Alejandro Sigarreta
PRINT NAME

15200 NW 89 AVE
PRINT MAILING ADDRESS

7866195199
PRINT TELEPHONE NUMBER(S)

SIGARRETA36ABS@gmail.com
PRINT E-MAIL ADDRESS

**NOTICE OF CONSENT TO JOIN**

CASE No.: 16-25176 - CIV - MARTINEZ - GOODMAN

The undersigned, Alberto Dominguez, hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: 01/20/2017

_____
CLIENT'S SIGNATURE

Alberto Dominguez
PRINT NAME

19843 NW 86cT  Hialeah FL 33015
PRINT MAILING ADDRESS

786 707 9345
PRINT TELEPHONE NUMBER(S)

albe891023@gmail.com
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176 - CIV. MARTINEZ - GOODMAN

The undersigned, _Jose Armando Morales Barrera_, hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: _1/9/2017_

_____
CLIENT'S SIGNATURE

_Jose Armando Morales Barrera_
PRINT NAME

_2510 Fletcher St. Hollygood FL. 33020_
PRINT MAILING ADDRESS

_3054168565_
PRINT TELEPHONE NUMBER(S)

_MBArmando@outlook.com_
PRINT E-MAIL ADDRESS

## NOTICE OF CONSENT TO JOIN

CASE No.: 16-25176- CIV. - Martinez- Goodian

The undersigned, Rolando J. Cutino Rodriguez, hereby consents, pursuant to 29 U.S.C. § 216(b), to join the above-referenced action.

Dated: _____

_____
CLIENT'S SIGNATURE

Rolando J. Cutino Rodriguez
PRINT NAME

982 NE 199th St Apt 217   33179
PRINT MAILING ADDRESS

786 704 7647
PRINT TELEPHONE NUMBER(S)

rjorgeev@gmail.com
PRINT E-MAIL ADDRESS